UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CARL MIMMS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:07-cv-26-RLY-TAB |
| | ) | |
| KELLER CRESCENT, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. Because the plaintiff did not include a charge of retaliation in his filings with the EEOC, and because no right-to-sue notice was issued with respect to the claim of retaliation in this lawsuit, the defendant's motion to dismiss the claim of retaliation is **granted.** *Alexander v. Gardner-Denver Co.,* 415 U.S. 36, 47 (1974)(as a general rule, a Title VII plaintiff cannot bring claims in a lawsuit that were not included in her EEOC charge). The dismissal of the retaliation claim is without prejudice.

2. No partial final judgment shall issue at this time as to the claim resolved in this Entry.

3. The action proceeds as to the claim of race discrimination, and as to that claim the parties shall proceed as follows:

   a. The parties shall have **through May 1, 2007,** in which to complete written discovery and discovery depositions.

   b. The parties shall have **through June 20, 2007,** in which to file any dispositive motion, including any motion for summary judgment.

4. No case management plan need be submitted in this action unless ordered in the future.

**IT IS SO ORDERED.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 03/26/2007

Distribution:

Carl Mimms, III
10831 Snowdrop Way
Indianapolis, IN 46236

Stephen W. Lyman
HALL RENDER KILLIAN HEATH & LYMAN
slyman@hallrender.com

Craig M. Williams
HALL RENDER KILLIAN HEATH & LYMAN
cwilliams@HallRender.com