**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| CARL MIMMS, III, | ) | |
|             Plaintiff, | ) | |
| vs. | ) | 1:07-cv-26-RLY-TAB |
| KELLER CRESCENT, | ) | |
|             Defendant. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

    1.    This action is dismissed for failure to prosecute, a result warranted by the following circumstances:

        a.    The plaintiff has not responded to the defendant's motion to compel, filed on August 6, 2007. As pointed out in the defendant's subsequent motion to dismiss, the plaintiff has not participated in the discovery process in the manner expected of him. This has impeded the defendant's ability to proceed with the action and has also slowed the action to a standstill on the docket. The court need not and will not permit such an action to remain on its docket. *See Maynard v. Nygren,* 332 F.3d 462, 467 (7th Cir. 2003); *Newman v. Metropolitan Pier & Exposition Authority,* 962 F.2d 589 (7th Cir. 1992); *In re State Exchange Finance Co.*, 896 F.2d 1104 (7th Cir. 1990).

        b.    The plaintiff has failed, without explanation, to cure the delinquency in the obligation to pay the balance of the filing fee as directed in Part II of the Entry issued on August 9, 2007.

    2.    The dismissal of the action shall be with prejudice. *See Fischer v. Cingular Wireless, LLC,* 446 F.3d 664 (7th Cir. 2006). Judgment consistent with this Entry shall now issue.

      3.      The defendant's motion to consolidate is **denied as moot.**

      4.      The defendant's motion to compel and motion to dismiss are **granted** consistent with the rulings in paragraph 1 of this Entry, and are **denied** as to specific relief sought relative to discovery and as to the request for attorney fees and costs as additional sanctions.

**IT IS SO ORDERED.**

Date: 09/11/2007

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana